ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
MATTHEW M. PRUITT, ESQ.
Nevada Bar #12474
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
Attorneys for Defendant Villa Del Oro
Owners Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-*-

| | |
|---|---|
| CITIMORTGAGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VILLA DEL ORO OWNERS ASSOCIATION;<br>ALESSI & KOENIG, LLC; and DOES 1 through<br>20, inclusive.<br><br>Defendants. | Case No. 2:13-CV-02040-GMN-VCF |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, CITIMORTGAGE, INC., and Defendant, VILLA DEL ORO OWNERS ASSOCIATION, by and through their counsel of record, of the law firm of Alverson, Taylor, Mortensen & Sanders, and Defendant, ALESSI & KOENIG, LLC, that any claims, counterclaims, and third party claims by Plaintiff, CITIMORTGAGE, INC., and Defendants, VILLA DEL ORO OWNERS ASSOCIATION and ALESSI & KOENIG, LLC, towards one another are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED that the Lis Pendens recorded on November 6, 2013, as Instrument No. 201311060001276 in the Official Records of Clark County Nevada, is hereby released and expunged.

1



IT IS FURTHER STIPULATED that the parties shall each bear their own attorney's fees and costs.

Dated this 8 day of May 2014.

ALVERSON TAYLOR
MORTENSEN & SANDERS

_/s/_____
Kurt R. Bonds, Esq.
Nevada Bar #6228
Matthew M. Pruitt, Esq.
Nevada Bar #12474
7401 W. Charleston Blvd.
Las Vegas, NV 89117
Attorneys for Defendant Villa Del Oro Owners Association

Dated this 5 day of May 2014.

PITE DUNCAN, LLP

_/s/_____
Laurel I. Handley, Esq.
Nevada Bar #9576
Anthony R. Sassi, Esq.
Nevada Bar #12486
701 E. Bridger Ave., Suite 700
Las Vegas, NV 89101
Attorneys for Plaintiff CitiMortgage, Inc.

Dated this 6 day of May 2014.

ALESSI & KOENIG, LLC

_/s/_____
Huong Lam, Esq.
Nevada Bar #10916
Bradley Bace, Esq.
Nevada Bar #12684
9500 W. Flamingo Rd., Suite 205
Las Vegas, NV 89147

///

///

///

///

///

## ORDER

IT IS HEREBY ORDERED that that each claim, counterclaim, and/or third party claim by Plaintiff, CITIMORTGAGE, INC., and Defendants, VILLA DEL ORO OWNERS ASSOCIATION and ALESSI & KOENIG, LLC, towards one another are hereby dismissed;

IT IS FURTHER ORDERED that the Lis Pendens recorded on November 6, 2013, as Instrument No. 201311060001276 in the Official Records of Clark County Nevada, is hereby released and expunged.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

**DATED** this 12th day of May, 2014.

Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

KURT R. BONDS, ESQ.
Nevada Bar #6228
MATTHEW M. PRUITT, ESQ.
Nevada Bar #12474
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Attorneys for Defendant Villa Del Oro
Owners Association

3